KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska   99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| K. M., a minor, through her mother Emilia Maynard and her father Doug Maynard; EMELIA MAYNARD and DOUG MAYNARD,<br><br>Plaintiffs,<br><br>vs.<br><br>KYLEA LAINE LIESE and JANET S. KIRSCH; and JOHN/JANE DOES 1-15,<br><br>Defendants. | Case No. 3:16-cv-_____<br><br>**NOTICE OF REMOVAL FROM STATE COURT** |

The United States, through the United States Attorney's Office, notifies this Court of the removal of this action from the Superior Court for the State of Alaska, Third Judicial District at Anchorage.

The notice is based on the following:

1. Plaintiffs filed their Complaint against the Defendants in the Superior Court for the State of Alaska at Anchorage, Case No. 3AN-15-11486 CI. Plaintiffs have alleged tort claims against the Defendants alleging, among other claims, that Defendants negligently caused injury to minor plaintiff, K. M. Plaintiffs seek compensatory damages for their alleged personal injury and losses. A copy of the Complaint is attached with this Notice.

2. United States Attorney for the District of Alaska, Karen L. Loeffler, has certified that, with respect to the allegations in Plaintiffs' Complaint, defendants Kylea Laine Liese and Janet S. Kirsch were acting within the scope of their employment with defendant Southcentral Foundation (SCF) and that Kylea Laine Liese and Janet S. Kirsch are deemed entitled to coverage and protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2401(b), 2671-80, pursuant to SCF's compact or agreement with the federal Department of Health and Human Services under the Indian Self-Determination and Education Assistance Act (ISDEAA), 25 U.S.C. 450f.

The Certification is filed with this Notice of Removal.

3. 28 U.S.C. § 2679(d)(2) provides: (1) that upon certification by the Attorney General that the Defendant employee was acting within the scope of its federal employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a state court shall be removed at any time before trial to the district court of the United States for the district in which the action is pending; and (2) that such claim shall be deemed to be an action against the United States subject to the provisions of the FTCA.

4. The remedy provided by the FTCA for such claim and action against the United States is the exclusive remedy, and any other civil action or proceeding against defendants Kylea Laine Liese and Janet S. Kirsch involving or arising out of the same subject matter, is precluded. 28 U.S.C. § 2679(b)(1).

5. This Notice of Removal is brought under 28 U.S.C. § 2679(d)(2), which provides that no bond is required to be filed with this Notice of Removal.

6. A Notice of Filing Removal of a Civil Action together with a copy of this Notice are being filed in the state court where the action is pending.

RESPECTFULLY SUBMITTED this 23rd day of May, 2016, in Anchorage, Alaska.

          KAREN L. LOEFFLER
          United States Attorney

          s/Richard L. Pomeroy
          Assistant U.S. Attorney
          Attorney for Defendant

**CERTIFICATE OF SERVICE**
I hereby certify that on May 23, 2016,
a copy of the foregoing
was served via electronic service on:

Michael Cohn, Esq.

s/Richard L. Pomeroy
Assistant United States Attorney